**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRADLEY NEAL RAVILLE, ) | No. CV 03-00585-MMM(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| EDWARD J. ALAMEIDA, JR., ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 31, 2009

_____
MARGARET M. MORROW
United States District Judge